

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

The reporter's record was originally due on October 2, 2018. On January 9, 2019, we ordered court reporter Leticia Escamilla to file the reporter's record no later than February 1, 2019. On February 4, 2019 and February 12, 2019, Ms. Escamilla filed a FIFTH notification of late reporter's record along with a status report of cases she is working on. Ms. Escamilla indicated she anticipated the reporter's record would be completed by February 18, 2019. Ms. Escamilla has not yet filed the reporter's record as ordered. Ms. Escamilla is ORDERED to file the reporter's record with this court **no later than March 1, 2019**. *See* TEX. R. APP. P. 40.2 ("the court of appeals must hear and determine a criminal appeal at the earliest possible time").

If the record is not received by March 1, 2019, a show cause order will issue directing Ms. Escamilla to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court